IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00796-LTB

KEITH OHLSON,

      Plaintiff,

v.

STATE OF COLORADO,
COUNTY OF ARAPAHOE,
CITY OF CENTENNIAL,
DAN TIPTON,
PETER MOORE,
CHRISTOPHER CURRY,
NICK RODRIGUEZ,
FIRST CLASS TOWING,
CHERYL ROWLES-STOKES, and
KRISTIN TUTTLE,

      Defendants.

---

## JUDGMENT

---

      Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 18, 2017, it is hereby

      ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

      DATED at Denver, Colorado, this 18th day of May, 2017.

                       FOR THE COURT,

                       JEFFREY P. COLWELL, Clerk

                       By: s/D. Kalsow
                           Deputy Clerk